### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AZFAR ALI,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 15-6865** |
| | : | |
| **OCWEN LOAN SERVICING, INC.,** | : | |
| **and WELLS FARGO BANK, N.A.,** | : | |
| **as Trustee for the MORGAN** | : | |
| **STANLEY ABS CAPITAL I INC.** | : | |
| **TRUST 2006-HE8,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   29th     day of March, 2017, upon consideration of the

defendants' motion to dismiss Count II of the amended complaint (Document #13), the

plaintiff's response thereto (Document #16), and the defendants' reply brief (Document

#19), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.


BY THE COURT:


   /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.